291 So.2d 381

**Nathan James GRANT, alias**

**v.**

**STATE.**

**5 Div. 213.**

Court of Criminal Appeals of Alabama.

March 5, 1974.

Larkin Radney, Alexander City, and John P. Oliver, Dadeville, for appellant.

William J. Baxley, Atty. Gen., and George M. Van Tassel, Jr., Asst. Atty. Gen., for the State, appellee.

CATES, Presiding Judge.

Second degree murder: sentence, twenty years in the penitentiary.

Rule A, 49 Ala.App. XXI has not been complied with.

The State's case rests on circumstantial evidence, including the appellant's flight—part way in the deceased's car. See Cobern v. State, 273 Ala. 547, 142 So.2d 869.

■ Circumstantial evidence may afford the basis for a conviction in criminal cases. Ala.Dig. Criminal Law ☞563. In a homicide case we stated the principle in Payne v. State, 48 Ala.App. 401, 265 So.2d 185.

■ We have considered the entire record under Code 1940, T. 15, § 389, including the following:

a) The clerk's certificate;

b) The court reporter's certificate;

c) The statement of the organization of the court (—but see Supreme Court Rule 52);

d) The indictment (caption, charge, conclusions, and required endorsements);

e) Judgment entry (arraignment, presence of counsel, empanelling of jury, verdict, adjudication of guilt, allocutus, sentence and notice of appeal); and

f) Each ruling of the trial judge adverse to the appellant, including without limitation the written charges refused appellant.

From this examination we conclude the judgment below should be

Affirmed.

All the Judges concur.